# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-2961
LT Case No. 2021-CF-003115-A

———————————————

DARA J. DAVIS, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

July 9, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____